

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Xavier Powell,

Vs. No. 11-20-00187-CR

The State of Texas,

\* From the 268th District Court
of Fort Bend County,
Trial Court No. 08-DCR-048857.

\* October 8, 2020

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.